**United States District Court**

For the Northern District of California

1

2

3

4        IN THE UNITED STATES DISTRICT COURT

5

6        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    SAN FRANCICSO CITY & COUN,                No. CV 04-01523 VRW

9            Plaintiff,

                                             **ORDER**
10        v.

11    CAMBRIDGE INTEGRATED,

12            Defendant.
                                          /
13

14        The JOINT CASE MANAGEMENT STATEMENT AND ORDER filed  in the

15    above captioned case is **GRANTED.**  The Case Management Statement and Proposed

16    Order is hereby adopted by the Court as the case management order for the case and the

17    parties are ORDERED to comply with this Order. The Case Management Conference

18    currently set for June 28, 2005 is hereby rescheduled for Tuesday, November 1, 2005 at

19    9:00 a.m.

20        **IT IS SO ORDERED**

21

22    Dated: June 24, 2005

23                                         VAUGHN R WALKER
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28