1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEVEN D. WASSERMAN Bar No. 88291
2  GAYLE L. GOUGH Bar No. 154398
   ERIK R. SEIDLITZ Bar No. 237535
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635
   steven.wasserman@sdma.com
6  gayle.gough@sdma.com

7  Attorneys for Third-Party Defendant
   PACIFIC SECURED EQUITIES, INC. dba
8  INTERCARE INSURANCE SERVICES
   (erroneously sued and served as
9  "Intercare Insurance Services, Inc.")

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 CITY AND COUNTY OF SAN FRANCISCO, Municipal Corporation; SAN FRANCISCO 15 MUNICIPAL RAILWAY; PEOPLE OF THE STATE OF CALIFORNIA, by and through 16 DENNIS J. HERRERA, City Attorney for the City and County of San Francisco, <br><br> 17        Plaintiffs, <br> 18 <br>    v. <br> 19 <br> CAMBRIDGE INTEGRATED SERVICES 20 GROUP, INC., AND DOES 1 TO 100, <br> 21        Defendants. | Case No. C04 1523 VRW <br><br> **STIPULATION TO EXTENSION OF TIME WITHIN WHICH THIRD-PARTY DEFENDANT PACIFIC SECURED EQUITIES, INC. DBA INTERCARE INSURANCE SERVICES' MAY FILE ITS SUPPLEMENTAL BRIEF PURSUANT TO THE COURT'S APRIL 2, 2007 ORDER; [~~PROPOSED~~] ORDER THEREON** |
| 22 CAMBRIDGE INTEGRATED SERVICES 23 GROUP, INC., <br><br> 24      Third-Party Plaintiff, <br> 25     v. <br> 26 INTERCARE INSURANCE SERVICES, INC., Third-Party Defendant. <br> 27 | Dept:    Courtroom 6, 17th Floor <br> Before:  Chief Judge Vaughn R. Walker |

28

SEDGWICK
DETERT, MORAN & ARNOLD LLP

Case No. C04 1523 VRW
STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT INTERCARE TO FILE
SUPPLEMENTAL BRIEF; [PROPOSED] ORDER THEREON

Pursuant to Local Rule 6-2(a), plaintiffs the City and County of San Francisco, San Francisco Municipal Railway, and the State of California (collectively "Plaintiffs"), third-party plaintiff Cambridge Integrated Services Group, Inc. ("Cambridge") and third-party defendant Intercare Insurance Services, Inc. ("Intercare"), by and through their attorneys of record, as set forth below, hereby stipulate and agree to an extension of the time within which Intercare must file its supplemental brief from April 11, 2007, up to and including April 18, 2007, based on the following:

1.      On April 2, 2007, the Court ordered Intercare to submit a supplemental brief within seven (7) days. Pursuant to Federal Rule of Civil Procedure 6(a), Intercare's brief is due on or before April 11, 2007.

2.      Given the complexity of the issues involved in this matter, and the intervening Good Friday and Easter holidays, an enlargement of time for Intercare to file a supplemental brief is requested.

3.      On February 24, 2006, Cambridge and Intercare stipulated to a three (3) week extension of time for Intercare to respond to Cambridge's Third-Party Complaint. There has been no prior stipulation or order extending the time for Intercare to submit the supplemental brief.

4.      The requested extension would not materially effect the schedule for the case.

Based on the foregoing, the parties respectfully request that the court extend the time for Intercare to file its supplemental brief from April 11, 2007, up to and including April 18, 2007.

IT IS SO STIPULATED.

Dated: April __, 2007                    DLA PIPER RUDNICK GRAY CARY US LLP

By:_____
Eliot R. Hudson, Bar No. 66251
Jeffrey E. Mitchell, Bar No. 229785
Attorneys for Defendant/Third-Party Plaintiff
CAMBRIDGE INTEGRATED SERVICES
GROUP, INC.,

-1-                                    CASE NO. C04 1523 VRW
STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT INTERCARE TO FILE
SUPPLEMENTAL BRIEF; [PROPOSED] ORDER THEREON

1    Dated: April _2_, 2007                     SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3

                                     By:

4                                Steven D. Wasserman, Bar No. 88291
                               Gayle L. Gough, Bar No. 154398

5                                Erik R. Seidlitz, Bar No. 237535
                               Attorneys for Third-Party Defendant

6                                PACIFIC SECURED EQUITIES, INC. dba
                               INTERCARE INSURANCE SERVICES

7                                (erroneously sued and served as
                               "Intercare Insurance Services, Inc.")

8

9    Dated: April __, 2007                    SAN FRANCISCO CITY ATTORNEY'S OFFICE

10

11                                      By:
                               Mark D. Lipton, Bar No. 152864

12                                Attorneys for Plaintiff
                               CITY AND COUNTY OF SAN FRANCISCO; SAN

13                                FRANCISCO MUNICIPAL RAILWAY; and PEOPLE
                               OF THE STATE OF CALIFORNIA

14

15

16

17

18    PURSUANT TO STIPULATION, IT IS SO ORDERED:

19

20    DATED: April __, 2007

21                                  The Honorable Vaughn R. Walker
                               Judge of the United States District Court

22

23

24

25

26

27

28

-2-                 CASE NO. C04 1523 VRW

SEDGWICK
DETERT, MORAN & ARNOLD LLP

04/09/2007 13:18 FAX 415 836 2501          DLA PIPER US LLP                                    ☑003

04/09/2007 12:38 FAX  415 7812635                                                            ☑003/004

1    Pursuant to Local Rule 6-2(a), plaintiffs the City and County of San Francisco, San

2    Francisco Municipal Railway, and the State of California (collectively "Plaintiffs"), third-party

3    plaintiff Cambridge Integrated Services Group, Inc. ("Cambridge") and third-party defendant

4    Intercare Insurance Services, Inc. ("Intercare"), by and through their attorneys of record, as set

5    forth below, hereby stipulate and agree to an extension of the time within which Intercare must

6    file its supplemental brief from April 11, 2007, up to and including April 18, 2007, based on the

7    following:

8         1.    On April 2, 2007, the Court ordered Intercare to submit a supplemental brief

9    within seven (7) days. Pursuant to Federal Rule of Civil Procedure 6(a), Intercare's brief is due

10   on or before April 11, 2007.

11        2.    Given the complexity of the issues involved in this matter, and the intervening

12   Good Friday and Easter holidays, an enlargement of time for Intercare to file a supplemental brief

13   is requested.

14        3.    On February 24, 2006, Cambridge and Intercare stipulated to a three (3) week

15   extension of time for Intercare to respond to Cambridge's Third-Party Complaint. There has

16   been no prior stipulation or order extending the time for Intercare to submit the supplemental

17   brief.

18        4.    The requested extension would not materially effect the schedule for the case.

19        Based on the foregoing, the parties respectfully request that the court extend the time for

20   Intercare to file its supplemental brief from April 11, 2007, up to and including April 18, 2007.

21   IT IS SO STIPULATED.

22   Dated: April 9, 2007                    DLA PIPER RUDNICK GRAY CARY US LLP

23

24                                   By: _____

25                                        Eliot R. Hudson, Bar No. 66251
                                          Jeffrey E. Mitchell, Bar No. 229785
26                                        Attorneys for Defendant/Third-Party Plaintiff
                                          CAMBRIDGE INTEGRATED SERVICES
27                                        GROUP, INC.,

SEDGWICK  28

SF/1397471v1                            -1-                          CASE NO. C04 1523 VRW
                     STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT INTERCARE TO FILE
                             SUPPLEMENTAL BRIEF; [PROPOSED] ORDER THEREON

1  Dated: April __, 2007                          SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3
                                         By: _____
4                                             Steven D. Wasserman, Bar No. 88291
                                              Gayle L. Gough, Bar No. 154398
5                                             Erik R. Seidlitz, Bar No. 237535
                                              Attorneys for Third-Party Defendant
6                                             PACIFIC SECURED EQUITIES, INC. dba
                                              INTERCARE INSURANCE SERVICES
7                                             (erroneously sued and served as
                                              "Intercare Insurance Services, Inc.")
8

9  Dated: April 9, 2007                        SAN FRANCISCO CITY ATTORNEY'S OFFICE

10

11                                       By: _____
                                              Mark D. Lipton, Bar No. 152864
12                                            Attorneys for Plaintiff
                                              CITY AND COUNTY OF SAN FRANCISCO; SAN
13                                            FRANCISCO MUNICIPAL RAILWAY; and PEOPLE
                                              OF THE STATE OF CALIFORNIA
14

15

16

17

18  PURSUANT TO STIPULATION, IT IS SO ORDERED          GRANTED

19

20  DATED: April 10, 2007                                  Judge Vaughn R Walker

21                                            The Honorable Vaughn R Walker
                                              Judge of the United States District Court
22

23

24

25

26

27

28

                                         -2-                   CASE NO. C04 1523 VRW
SF/1397471v1       STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT INTERCARE TO FILE
                             SUPPLEMENTAL BRIEF; [PROPOSED] ORDER THEREON

APR-09-2007 13:45           415 7812635              97%                      P.04
                                                                      TOTAL P.02