```
 1  DLA PIPER US LLP
    Eliot R. Hudson (SBN: 66251)
 2  Jeffrey E. Mitchell (SBN: 229785)
    153 Townsend Street, Ste. 800
 3  San Francisco, CA 94107
    Telephone: (415) 836-2500
 4  Facsimile: (415) 836-2501

 5  Attorneys for Defendant
    CAMBRIDGE INTEGRATED SERVICES
 6  GROUP, INC.

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10
```

| | | |
|---|---|---|
| 11 | CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; SAN FRANCISCO MUNICIPAL RAILWAY; PEOPLE OF THE STATE OF CALIFORNIA, by and through DENNIS J. HERRERA, City Attorney for the City and County of San Francisco; | Case No. 3:04-cv-01523 VRW |
| 12 | | |
| 13 | | STIPULATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| 14 | | |
| 15 | Plaintiffs, | AND ORDER THEREON |
| 16 | vs. | |
| 17 | CAMBRIDGE INTEGRATED SERVICES GROUP, INC. and DOES 1 to 100, | |
| 18 | Defendants. | |

19

20   Defendant and Third-Party Plaintiff Cambridge Integrated Services Group, Inc.

21   ("Cambridge") and Third-Party Defendant Intercare Insurance Services, Inc. ("Intercare"), by and

22   through their respective counsel, stipulate as follows:

23   1.   On July 2, 2007, upon reconsideration, the Court denied Intercare's motion to dismiss

24        and ordered the parties to appear at a case management conference on July 24, 2007 at

25        9:00 a.m.;

26   2.   Pursuant to Civil Local Rule 16-10(d) and Federal Rule Civil Procedure 6(a), the last

27        court day to file an updated joint case management statement is July 10, 2007;

28

---

3. On May 7, 2007, Mark D. Lipton, counsel for Plaintiffs City and County of San Francisco, a Municipal Corporation; San Francisco Municipal Railway; People of the State of California, by and through Dennis J. Herrera, City Attorney for the City and County of San Francisco, filed a notice regarding unavailability of counsel between July 2, 2007 through July 16, 2007;

4. On July 9, 2007, counsel for Cambridge contacted the City Attorney's Office in reference to this matter and was informed by City Attorney Karen E. Kirby that Mr. Lipton is the representative of the City Attorney's Office who is knowledgeable about this litigation and designated to confer regarding the management of this case;

5. Accordingly, counsel for Cambridge and Intercare are requesting a brief continuance of the case management conference so that the parties may confer regarding the joint case management statement upon Mr. Lipton's return from his scheduled absence;

6. THEREFORE, for good cause shown, Cambridge and Intercare (through their respective counsel) respectfully request and stipulate to a continuance of the case management conference scheduled for July 24, 2007, to August 28, 2007.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DLA PIPER US LLP

DATED: July 9, 2007

Attorneys for Defendant and Third-Party Plaintiff
CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

DATED:

SEDGWICK, DETERT, MORAN & ARNOLD LLP

Attorneys for Third-Party Defendant
INTERCARE INSURANCE SERVICES, INC.

DLA PIPER RUDNICK GRAY CARY US LLP

3. On May 7, 2007, Mark D. Lipton, counsel for Plaintiffs City and County of San Francisco, a Municipal Corporation; San Francisco Municipal Railway; People of the State of California, by and through Dennis J. Herrera, City Attorney for the City and County of San Francisco, filed a notice regarding unavailability of counsel between July 2, 2007 through July 16, 2007;

4. On July 9, 2007, counsel for Cambridge contacted the City Attorney's Office in reference to this matter and was informed by City Attorney Karen E. Kirby that Mr. Lipton is the representative of the City Attorney's Office who is knowledgeable about this litigation and designated to confer regarding the management of this case;

5. Accordingly, counsel for Cambridge and Intercare are requesting a brief continuance of the case management conference so that the parties may confer regarding the joint case management statement upon Mr. Lipton's return from his scheduled absence;

6. THEREFORE, for good cause shown, Cambridge and Intercare (through their respective counsel) respectfully request and stipulate to a continuance of the case management conference scheduled for July 24, 2007, to August 28, 2007.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DLA PIPER US LLP

DATED: _____

Attorneys for Defendant and Third-Party Plaintiff
CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

DATED: July 9, 2007

Attorneys for Third-Party Defendant
INTERCARE INSURANCE SERVICES, INC.

PURSUANT TO STIPULATION, IT IS ORDERED:

The case management conference, scheduled for July 24, 2007 at 9:00 a.m. is taken off calendar, and rescheduled for August 28, 2007 at 9:00 a.m.

DATED: July 11, 2007

IT IS SO ORDERED

Judge Vaughn R Walker
United States District Court
Northern District of California

3

Stipulation for Order to Continue Case Management Conference
And Order Thereon
SF\3137239.1

Case Number C04-1523 VRW

DLA PIPER RUDNICK
GRAY CARY US LLP