DLA PIPER US LLP
Eliot R. Hudson (SBN: 66251)
Jeffrey E. Mitchell (SBN: 229785)
153 Townsend Street, Ste. 800
San Francisco, CA 94107
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Attorneys for Defendant
CAMBRIDGE INTEGRATED SERVICES
GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; SAN FRANCISCO MUNICIPAL RAILWAY; PEOPLE OF THE STATE OF CALIFORNIA, by and through DENNIS J. HERRERA, City Attorney for the City and County of San Francisco;<br><br>Plaintiffs,<br><br>vs.<br><br>CAMBRIDGE INTEGRATED SERVICES GROUP, INC. and DOES 1 to 100,<br><br>Defendants. | Case No. 3:04-cv-01523 VRW<br><br>STIPULATION FOR ORDER TO CONTINUE CUT-OFF DATE FOR ALL DISCOVERY<br><br>AND ORDER THEREON |

Defendant and Third-Party Plaintiff Cambridge Integrated Services Group, Inc. ("Cambridge"); Third-Party Defendant Intercare Insurance Services, Inc. ("Intercare"); and Plaintiffs City and County of San Francisco, a Municipal Corporation; San Francisco Municipal Railway; People of the State of California, by and through Dennis J. Herrera, City Attorney for the City and County of San Francisco ("Plaintiffs"), by and through their respective counsel, stipulate as follows:

1. On September 26, 2006, the Court ordered the cut-off date for all discovery on August 31, 2007;

| | | |
|---|---|---|
| 1 | 2. | Since the Court's September 26, 2006 Order, Cambridge and Intercare have been engaged in motion practice regarding Intercare's Motion to Dismiss, including Cambridge's Motion for Reconsideration thereof. |
| 4 | 3. | On July 2, 2007, the Court granted Cambridge's Motion for Reconsideration and set a new Case Management Conference for July 24, 2007. |
| 6 | 4. | On July 11, 2007, the Court granted a Stipulation and Order to reset the Case Management Conference for August 28, 2007. |
| 8 | 5. | In light of the recent addition of Intercare to this litigation, the parties will not be able to complete discovery by August 31, 2007. |
| 10 | 6. | Accordingly, counsel for Cambridge, Intercare and Plaintiffs are requesting a continuance of the August 31, 2007 cut-off date for all discovery to a new date established at the August 28, 2007 Case Management Conference; |
| 13 | 7. | THEREFORE, for good cause shown, Cambridge, Intercare and Plaintiffs (through their respective counsel) respectfully request and stipulate to a continuance of the cut-off date for all discovery until a new date established at the August 28, 2007 Case Management Conference. |

17 /////
18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DLA PIPER US LLP

DATED: 7/31/07  _____
 _____   Attorneys for Defendant and Third-Party Plaintiff
 CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

DATED: _____   _____
 _____   Attorneys for Third-Party Defendant
 INTERCARE INSURANCE SERVICES, INC.

SAN FRANCISCO CITY ATTORNEY'S OFFICE

DATED: _____   _____
 _____   Attorneys for Plaintiffs
 CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO MUNICIPAL RAILWAY; and PEOPLE OF THE STATE OF CALIFORNIA

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DLA PIPER US LLP

DATED: _____

_____
Attorneys for Defendant and Third-Party Plaintiff
CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

DATED: July 31, 2007

_____
Attorneys for Third-Party Defendant
INTERCARE INSURANCE SERVICES, INC.

SAN FRANCISCO CITY ATTORNEY'S OFFICE

DATED: _____

_____
Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO MUNICIPAL RAILWAY; and PEOPLE OF THE STATE OF CALIFORNIA

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DLA PIPER US LLP

DATED: _____

_____
Attorneys for Defendant and Third-Party Plaintiff
CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP

DATED: _____

_____
Attorneys for Third-Party Defendant
INTERCARE INSURANCE SERVICES, INC.

SAN FRANCISCO CITY ATTORNEY'S OFFICE

DATED: July 25, 2007

_____
Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO MUNICIPAL RAILWAY; and PEOPLE OF THE STATE OF CALIFORNIA

DLA PIPER US LLP
Stipulation for Order to Continue Cut-Off Date For All Discovery And Order Thereon
SF3137239.1
3
Case Number C04-1523 VRW

JUL-25-2007 10:38 415 976 2531 TOTAL P.02

1  PURSUANT TO STIPULATION, IT IS ORDERED:

2  The cut-off date for all discovery scheduled for August 31, 2007 is taken off calendar, and will

3  be reset at the Case Management Conference on August 28, 2007 at 9:00 a.m.

6  DATED: 8/1/2007



4

Stipulation for Order to Continue Cut-Off Date For All Discovery
And Order Thereon
SF3137239.1

Case Number C04-1523 VRW