DLA PIPER US LLP
Eliot R. Hudson (SBN: 66251)
Jeffrey E. Mitchell (SBN: 229785)
153 Townsend Street, Ste. 800
San Francisco, CA 94107
Telephone: (415) 836-2500
Facsimile: (415) 836-2501

Attorneys for Defendant
CAMBRIDGE INTEGRATED SERVICES
GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; SAN FRANCISCO MUNICIPAL RAILWAY; PEOPLE OF THE STATE OF CALIFORNIA, by and through DENNIS J. HERRERA, City Attorney for the City and County of San Francisco;<br><br>Plaintiffs,<br><br>vs.<br><br>CAMBRIDGE INTEGRATED SERVICES GROUP, INC. and DOES 1 to 100,<br><br>Defendants. | Case No. 3:04-cv-01523 VRW<br><br>STIPULATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>AND ORDER THEREON<br><br><br>Case Management Conf.: April 10, 2008<br>Time: 3:30 p.m.<br>Courtroom: 6<br>Judge: The Honorable Vaughn R. Walker |

    Plaintiffs City and County of San Francisco, San Francisco Municipal Railway and the People of the State of California ("Plaintiffs"), Defendant and Third-Party Plaintiff Cambridge Integrated Services Group ("Cambridge"), and Third-Party Defendant Pacific Secured Equities, Inc. dba Intercare Insurance Services, Inc. ("Intercare"), collectively, the "Parties," by and through their respective counsel, stipulate as follows:

    1.    On November 29, 2007, the Court held a Case Management Conference in the above-entitled action. At the conclusion of the said conference, upon the stipulation of the Plaintiffs and Cambridge to submit this matter to mediation before the Honorable Edward

|   |   |
|---|---|
| 1 | J. Panelli (ret.), the Court scheduled a further Case Management Conference for April 10, |
| 2 | 2008. |
| 3 | 2. Intercare has tendered its defense to Plaintiffs, which have accepted the defense. The |
| 4 | agreement for acceptance of the tender is being finalized. In anticipation of that |
| 5 | finalization Plaintiffs' counsel entered into the stipulation to mediate, and participated in |
| 6 | scheduling the mediation as set forth below, on behalf of Plaintiffs and Intercare. |
| 7 | Intercare agrees with and ratifies the stipulation and the scheduling of mediation. |
| 8 | 3. Counsel for Plaintiffs and Cambridge have worked diligently to prepare this matter for |
| 9 | mediation, including establishment of an agreed briefing schedule prior to mediation. |
| 10 | 4. Upon conferring between counsel for Plaintiffs and Cambridge concerning the |
| 11 | preparation necessary for mediation, and with assistants for Justice Panelli concerning |
| 12 | available mediation dates, the matter has been scheduled for mediation on April 11, 2008, |
| 13 | which is one day following the currently scheduled Case Management Conference. |
| 14 | 5. Counsel for the Parties hereby jointly request a continuance of the Case Management |
| 15 | Conference that is scheduled for April 10, 2008 so that the conference is held following |
| 16 | the Parties' effort to mediate this case on April 11, 2008. |
| 17 | 6. THEREFORE, for good cause shown, the Parties (through their respective counsel) |
| 18 | respectfully request and stipulate to a continuance of the Case Management Conference |
| 19 | scheduled for April 10, 2008 to a date and time convenient for the Court. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 18, 2008
           DENNIS J. HERRERA
           City Attorney
           JOANNE HOEPER
           Chief Trial Deputy
           MARK D. LIPTON
           Deputy City Attorney

           By:_____
           MARK D. LIPTON
           Attorneys for CITY AND COUNTY OF SAN
           FRANCISCO, SAN FRANCISCO MUNICIPAL
           RAILWAY and THE PEOPLE OF THE STATE OF
           CALIFORNIA

28

DLA PIPER US LLP
SAN FRANCISCO

Stipulation for Order to Continue Case Management Conference            Case Number C04-1523 VRW
And Order Thereon
SANF390555.1

1  J. Panelli (ret.), the Court scheduled a further Case Management Conference for April 10,
2  2008.
3  2.  Intercare has tendered its defense to Plaintiffs, which have accepted the defense. The
4      agreement for acceptance of the tender is being finalized. In anticipation of that
5      finalization Plaintiffs' counsel entered into the stipulation to mediate, and participated in
6      scheduling the mediation as set forth below, on behalf of Plaintiffs and Intercare.
7      Intercare agrees with and ratifies the stipulation and the scheduling of mediation.
8  3.  Counsel for Plaintiffs and Cambridge have worked diligently to prepare this matter for
9      mediation, including establishment of an agreed briefing schedule prior to mediation.
10 4.  Upon conferring between counsel for Plaintiffs and Cambridge concerning the
11     preparation necessary for mediation, and with assistants for Justice Panelli concerning
12     available mediation dates, the matter has been scheduled for mediation on April 11, 2008,
13     which is one day following the currently scheduled Case Management Conference.
14 5.  Counsel for the Parties hereby jointly request a continuance of the Case Management
15     Conference that is scheduled for April 10, 2008 so that the conference is held following
16     the Parties' effort to mediate this case on April 11, 2008.
17 6.  THEREFORE, for good cause shown, the Parties (through their respective counsel)
18     respectfully request and stipulate to a continuance of the Case Management Conference
19     scheduled for April 10, 2008 to a date and time convenient for the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 18, 2008           DENNIS J. HERRERA
                                City Attorney
                                JOANNE HOEPER
                                Chief Trial Deputy
                                MARK D. LIPTON
                                Deputy City Attorney

                                By: /s/ Mark D. Lipton
                                MARK D. LIPTON
                                Attorneys for CITY AND COUNTY OF SAN
                                FRANCISCO, SAN FRANCISCO MUNICIPAL
                                RAILWAY and THE PEOPLE OF THE STATE OF
                                CALIFORNIA

2

DLA PIPER RUDNICK
GRAY CARY US LLP

Stipulation for Order to Continue Case Management Conference         Case Number C04-1523 VRW
And Order Thereon
SF3137239.1

TOTAL P.02

Dated: March 18, 2008                  DLA PIPER US LLP

By: /s/ Eliot R. Hudson
    ELIOT R. HUDSON
    Attorneys for Defendant and Third-Party Plaintiff
    CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

Dated: March 18, 2008                  SEDGWICK DETERT MORAN & ARNOLD, LLP

By: _____
    GAYLE L. GOUGH
    Attorneys for Third-Party Defendant
    INTERCARE INSURANCE SERVICES, INC.

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

PURSUANT TO STIPULATION, IT IS ORDERED:

The Case Management Conference, scheduled for April 10, 2008 at 3:30 p.m. is taken off calendar, and rescheduled for June 5, 2008 at 3:30 p.m. in Courtroom 6 of the above-entitled court.

DATED: March 24, 2008

**GRANTED**

Judge Vaughn R Walker

Stipulation for Order to Continue Case Management Conference And Order Thereon
SANF390555.1

3

Case Number C04-1523 VRW

DLA PIPER US LLP
SAN FRANCISCO

Dated: March 18, 2008

DLA PIPER US LLP

By:_____
ELIOT R. HUDSON
Attorneys for Defendant and Third-Party Plaintiff
CAMBRIDGE INTEGRATED SERVICES GROUP, INC.

Dated: March 18, 2008

SEDGWICK DETERT MORAN & ARNOLD, LLP

By:_____
GAYLE L. GOUGH
Attorneys for Third-Party Defendant
INTERCARE INSURANCE SERVICES, INC.

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

PURSUANT TO STIPULATION, IT IS ORDERED:

The Case Management Conference, scheduled for April 10, 2008 at 3:30 p.m. is taken off calendar, and rescheduled for _____, 2008 at ____ a.m./p.m. in Courtroom 6 of the above-entitled court.

DATED: _____

Vaughn R. Walker
Chief Judge
United States District Court
Northern District of California

---

DLA PIPER RUDNICK
GRAY CARY US LLP

Stipulation for Order to Continue Case Management Conference
And Order Thereon
SF3137239.1

3

Case Number C04-1523 VRW