| | |
|---|---|
| 1 | DENNIS J. HERRERA (Bar No.: 139669) |
| | City Attorney |
| 2 | JOANNE HOEPER (Bar No.: 114961) |
| | Chief Trial Attorney |
| 3 | MARK D. LIPTON (Bar No.: 152864) |
| | Deputy City Attorneys |
| 4 | 1390 Market Street, 6th Floor |
| | San Francisco, CA 94102-5408 |
| 5 | Telephone: (415) 554-3800 |
| | Facsimile: (415) 554-3837 |
| 6 | Attorneys for Plaintiffs |
| 7 | ELIOT R. HUDSON (Bar No. 66251) |
| | JEFFREY E. MITCHELL (Bar No. 229785) |
| 8 | DLA PIPER US LLP |
| | 153 Townsend Street, Suite 800 |
| 9 | San Francisco, CA 94107-1957 |
| | Tel: 415.836.2500 |
| 10 | Fax: 415.836.2501 |
| | Attorneys for Defendant |
| 11 | CAMBRIDGE INTEGRATED SERVICES |
| | GROUP, INC. |
| 12 | |
| 13 | GAYLE G. GOUGH (Bar No. 154398) |
| | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 14 | 1 Market Plaza, Steuart Tower, 8th Floor |
| | San Francisco, CA 94105 |
| 15 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 16 | Attorneys for Third-Party Defendant |
| | PACIFIC SECURED EQUITIES, INC. dba |
| | INTERCARE INSURANCE SERVICES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation; SAN FRANCISCO MUNICIPAL RAILWAY; PEOPLE OF THE STATE OF CALIFORNIA, by and through DENNIS J. HERRERA, City Attorney for the City and County of San Francisco; | | CASE NO. 3:04-cv-01523 VRW |
| | | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| Plaintiffs, | | |
| v. | | |
| CAMBRIDGE INTEGRATED SERVICES GROUP, INC. and DOES 1 to 100, | | |
| Defendants. | | |

(Parties continued on next page)

-1-

| | |
|---|---|
| 1 | CAMBRIDGE INTEGRATED SERVICES GROUP, INC. |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | INTERCARE INSURANCE SERVICES, INC., |
| 6 | |
| 7 | Third-Party Defendant. |

Plaintiffs City and County of San Francisco, a Municipal Corporation; San Francisco Municipal Railway; and People of the State of California, by and through Dennis J. Herrera, City Attorney for the City and County of San Francisco (collectively and separately, the "City"); defendant and third-party plaintiff Cambridge Integrated Services Group, Inc. ("Cambridge"); and third-party defendant Pacific Secured Equities, Inc. dba Intercare Insurance Services, Inc. ("Intercare"), having resolved and settled their differences and having agreed to dismissal of this action in a manner that will ensure that the issues raised herein will not be litigated again in the future, hereby stipulate as follows:

1. The City's complaint, as amended, against Cambridge is dismissed with prejudice.
2. Cambridge's third-party complaint against Intercare is dismissed with prejudice.
3. Intercare's cross-complaint against the City is dismissed with prejudice.
4. The above-entitled action is dismissed in its entirety with prejudice.
5. Each party shall bear its own costs and attorney's fees.
6. The provisions of the protective order entered in this action shall remain in force pursuant to its terms.

The electronic filer attests that individuals, whose names appear below, have signed this

////

-2-

document. *See* General Order 45, Section X.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

                              DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
MARK D. LIPTON
Deputy City Attorneys


DATED: _____    By: */s/ Mark D. Lipton*
                                  MARK D. LIPTON
                                  Attorneys for Plaintiffs


DLA PIPER U.S. LLP


DATED: _____    By: */s/ Eliot R. Hudson*
                                  ELIOT R. HUDSON
                                  Attorneys for Defendant
                                  CAMBRIDGE INTEGRATED SERVICES
                                  GROUP, INC.


DATED: July 28, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP


                             By: */s/ Gayle G. Gough*
                                  GAYLE G. GOUGH
                                  Attorneys for Third-Party Defendant
                                  INTERCARE INSURANCE SERVICES, INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 4, 2008

_____
Vaughn R. Walker
Chief
United
North

IT IS SO ORDERED
Judge Vaughn R Walker

-3-